IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANIEL KRIZAN,

    Appellant,

v.

MARK HARRING, Trustee,

    Appellee.

ORDER

Case No.  14-cv-292-wmc

Appellant Daniel Krizan has filed a notice of appeal of an order of the Bankruptcy Court.  He has not paid the $298 fee at the Bankruptcy Court for filing an appeal nor has he requested leave to proceed without prepayment of the fee.  Assuming that plaintiff wishes to proceed without prepayment of the fee, he will be required to complete the enclosed petition and affidavit to determine whether he qualifies as indigent.  If appellant does not submit this affidavit by May 15, 2014, his case will be dismissed without further notice.

ORDER

IT IS ORDERED that appellant Daniel Krizan may have until May 15, 2014, in which to submit a completed affidavit of indigency.  Plaintiff is advised that, if he fails to comply as directed or show cause of his failure to do so, the court will assume that he does not wish to proceed and this case will be dismissed without further notice.

Entered this 25th day of April, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge